## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

EMANUEL DELACRUZ AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY
SITUATED,

                              Plaintiffs,

              - against -                            Case No.:1:18-cv-11591

URBAN COMPASS, INC.

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: April 23, 2019

Jeffrey M. Gottlieb, Esq.
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, NY 10003
Email: nyjg@aol.com
Phone: (212) 228-9795

*Attorney for Plaintiff*

Ryan P. Poscablo

Riley Safer Holmes & Cancila LLP
1330 Avenue of the Americas
6th Floor
New York, NY
Email: rposcablo@rshc-law.com
Phone: (212) 660-1030
Fax:   (212) 660-1001

*Attorneys for Defendant*

SO ORDERED:

Date: April 25, 2019

Hon. Paul G. Gardephe

15